IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS ARTEAGA-CASTANEDA,<br>Defendant. | ***E-FILED - 12/16/11***<br>CASE NO.: CR-11-00473-RMW<br>**CLERK'S NOTICE OF CONTINUANCE** |

PLEASE TAKE NOTICE that the Status Hearing in the above-entitled matter which was previously set for December 19, 2011, has been continued to **January 3, 2011 @ 9:00 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: December 16, 2011

JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

Copy of Order E-Filed to Counsel of Record: