```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  ANN MARIE E. URSINI (CABN 269131)
    Special Assistant United States Attorney
 5      150 South Almaden Boulevard, Suite 900
        San Jose, California 95113
 6      Telephone: (408) 535-5037
        Facsimile: (408) 535-5066
 7      annmarie.ursini@usdoj.gov

 8  Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 11-00473 RMW |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
|  | ) ORDER CONTINUING HEARING TO |
| v. | ) January 9, 2012 AND EXCLUDING TIME |
|  | ) FROM December 19, 2011 TO January 9, |
| JESUS ARTEAGA-CASTANEDA, | ) 2012 FROM THE SPEEDY TRIAL ACT |
|  | ) CALCULATION |
| Defendant. | ) |
|  | ) |

The parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for Decmber 19, 2011 at 9:00am be vacated, and that the hearing be re-set for January 9, 2012 at 9:00am. The government is requesting the continuance of the hearing due to government counsel's need to travel out of town to attend funeral services for a close family friend. The parties are also working to resolve a legal question that will impact the terms of our potential disposition.

The parties stipulate that the time between December 19, 2011 and January 9, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny counsel for both Parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for

1

continuity of counsel.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: December 14, 2011               MELINDA HAAG
                                        United States Attorney


                                         /s/
                                        ANN MARIE E. URSINI
                                        Special Assistant United States Attorney


                                         /s/
                                        VARELL L. FULLER for LARA VINNARD
                                        Attorney for Defendant

|     |                                                                                                                                                |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | **[PROPOSED]** **ORDER**                                                                                                                       |
| 2   | Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY                                                          |
| 3   | ORDERS that the hearing in this matter previously set for December 19, 2011 at 9:00am is                                                       |
| 4   | vacated, and the matter is continued to January 9, 2012 at 9:00am. Further, the Court ORDERS                                                   |
| 5   | that the time between December 19, 2011 and January 9, 2012 is excluded under the Speedy                                                       |
| 6   | Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance                                                |
| 7   | would unreasonably deny counsel for both parties reasonable time necessary for effective                                                       |
| 8   | preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that                                              |
| 9   | the ends of justice served by granting the requested continuance outweigh the best interest of the                                             |
| 10  | public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The                                                |
| 11  | court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§                                                        |
| 12  | 3161(h)(7)(A) and (B)(iv).                                                                                                                     |
| 13  |                                                                                                                                                |
| 14  | IT IS SO ORDERED.                                                                                                                              |
| 15  | DATED:  *(signature: Ronald M. Whyte)*                                                                                                         |
| 16  | RONALD M. WHYTE  UNITED STATES DISTRICT JUDGE                                                                                                  |
| 17  |                                                                                                                                                |
| 18  |                                                                                                                                                |
| 19  |                                                                                                                                                |
| 20  |                                                                                                                                                |
| 21  |                                                                                                                                                |
| 22  |                                                                                                                                                |
| 23  |                                                                                                                                                |
| 24  |                                                                                                                                                |
| 25  |                                                                                                                                                |
| 26  |                                                                                                                                                |
| 27  |                                                                                                                                                |
| 28  |                                                                                                                                                |